UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RICHARD LEE COCKLIN, SR.<br>Plaintiff<br><br>VS.<br><br>ELI LILLY AND COMPANY; AND FICTITIOUS DEFENDANTS A, B, C D, E, and F, being those persons, sales representatives, firms or corporations whose fraud, scheme to defraud, Negligence, and/or other wrongful Conduct caused or contributed to the Plaintiff's injuries and damages, and whose true names and identities are presently unknown to the Plaintiff but will be substituted by amendment when ascertained,<br>Defendants | **NOTICE OF REMOVAL**<br>**REMOVED FROM:**<br><br>Superior Court for the<br>State of Rhode Island<br>Kent County<br><br>C.A. No.: CA 07 157 |

## NOTICE OF REMOVAL

Defendant, Eli Lilly and Company, by and through its undersigned counsel, hereby files its Notice of Removal of this action (the "Action") from the Superior Court of the State of Rhode Island, County of Kent, to the United States District Court for the District of Rhode Island.

The Defendant appears for the purpose of removal only and for no other purpose, reserves all defenses and rights available to it, and states as follows:

1. On April 17, 2007, Plaintiff served the Complaint upon the Defendant in connection with the Action commenced in the Superior Court of the State of Rhode Island, County of Kent, Docket No. KC-2007-0226.

2. The Defendant has not served responsive pleadings to the Complaint and no orders have been issued in the Action.

3. In accordance with the requirements of 28 U.S.C. § 1446(b), this Notice of removal is filed within 30 days after the Defendant's receipt of service of the Complaint.

4. The Defendant is incorporated in the State of Indiana and has its principal place of business in Indianapolis, Indiana.

5. The Plaintiff in the Action is a resident of the State of Rhode Island.

6. The Action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1), and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, in that the parties are citizens of different states and the amount in controversy with respect to the Plaintiff exceeds $75,000, exclusive of interest and costs. Section 1441(a) provides that, "[f]or purposes of removal ..., the citizenship of defendants sued under fictitious names shall be disregarded."

7. Pursuant to 28 U.S.C. § 1446(d) and LR Cv 81(a), Defendant promptly will file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of Rhode Island, County of Kent, and will serve a copy of the same on counsel for Plaintiff.

8. Pursuant to LR Cv 81(a), attached as **Exhibit A** is a copy of the state court Complaint.

WHEREFORE, the Defendant respectfully removes the Action now pending in the Superior Court of the State of Rhode Island, County of Kent, Docket No. KC-2007-0226, to the United States District Court of the District of Rhode Island.

Dated: May 7, 2007

ELI LILLY AND COMPANY
By its attorneys,

JOHN A. TARANTINO (#2586)
jtarantino@apslaw.com
PATRICIA K. ROCHA (#2793)
procha@apslaw.com
KATY A. HYNES (#6659)
khynes@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of May, 2007, I served a true copy of the within Notice of Removal via first class mail, postage prepaid, on Brian R. Cunha, Esq. Brian Cunha & Associates, 311 Pine Street, Fall River, MA 02720.

*416750_1.doc*