UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RICHARD LEE COCKLIN, SR.<br>Plaintiff<br><br>VS.<br><br>ELI LILLY AND COMPANY; AND FICTITIOUS DEFENDANTS A, B, C D, E, and F, being those persons, sales representatives, firms or corporations whose fraud, scheme to defraud, Negligence, and/or other wrongful Conduct caused or contributed to the Plaintiff's injuries and damages, and whose true names and identities are presently unknown to the Plaintiff but will be substituted by amendment when ascertained,<br>Defendants | : | C.A. No.: 07-157-ML |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Eli Lilly and Company, hereby states that there are no corporate parents or any publicly held corporations that own 10% or more of its stock.

Dated: May 7, 2007

ELI LILLY AND COMPANY
By its attorneys,

/s/ John A. Tarantino
JOHN A. TARANTINO (#2586)
jtarantino@apslaw.com
PATRICIA K. ROCHA (#2793)
procha@apslaw.com
KATY A. HYNES (#6659)
khynes@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of May, 2007, I caused to be served a true copy of the within Rule 7.1 Disclosure Statement via first class mail, postage prepaid, and via electronic court filing (ECF) on Brian Cunha, Esq. Brian Cunha & Associates, 311 Pine Street, Fall River, MA 02720.

/s/ John A. Tarantino

*416752_1.doc*