UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RICHARD LEE COCKLIN, SR.<br>Plaintiff<br><br>VS.<br><br>ELI LILLY AND COMPANY; AND FICTITIOUS DEFENDANTS A, B, C D, E, and F, being those persons, sales representatives, firms or corporations: whose fraud, scheme to defraud, Negligence, and/or other wrongful Conduct caused or contributed to the Plaintiff's injuries and damages, and whose true names and identities are presently unknown to the Plaintiff but will be substituted by amendment when ascertained,<br>Defendants | : | C.A. No.: 07-157-ML |

**NOTICE OF FILING OF STATE COURT RECORD**

Pursuant to LR Cv 81(b), Defendant, Eli Lilly and Company, hereby files a certified copy of the docket sheet and state court record from the Kent County Superior Court.

Dated: May 8, 2007

Defendant, Eli Lilly and Company
By its attorneys,

JOHN A. TARANTINO (#2586)
jtarantino@apslaw.com
PATRICIA K. ROCHA (#2793)
procha@apslaw.com
KATY A. HYNES (#6659)
khynes@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607

**Certificate of Service**

I hereby certify that I caused to be served on the 8th day of May, 2007 a true copy of the within Notice of Filing of State Court Record via first class mail, postage prepaid, on Brian R. Cunha, Esq., Brian Cunha & Associates, 311 Pine Street, Fall River, MA 02720.

Debra Hunn ______________________

*416754_1.doc*

STATE ( ₹HODE ISLAND AND PROVIDENCE PLAI ƆNS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KC-2007-0226 RICHARD LEE COCKLIN SR V ELI LILLY

Filing Date: 02-28-2007
Case Status: UNASSIGNED

Case Type: PRODUCT LIABILITY
Status Date: 02-28-2007

Plaintiff: RICHARD COCKLIN
ID: @10891446

Attorney: BRIAN CUNHA

Defendant: ELI LILLY & AND COMPANY
ID: @10891447

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 02-28-2007 | COMPLAINT FILED | |
| 02-28-2007 | INITIAL FILING FEE | |
| 02-28-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCK55820. |

True Copy Attest

[signature], Clerk

Offices of Clerk of Superior Court
County of Kent
Warwick, Rhode Island